UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS BANKING CORP.,

        Plaintiffs,

v.

CITIZENS FINANCIAL GROUP, INC., et al,

        Defendants.

_____/

Case No. 07-11514

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
DONALD A. SCHEER

**ORDER DENYING DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION [DE 13], DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [DE 15], GRANTING PLAINTIFF'S MOTION TO SET ASIDE TRO [DE 20], AND DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS, BUT GRANTING ALTERNATIVE RELIEF [DE 21].**

Before the Court are Defendants' Motion for Preliminary Injunction [DE 13], Plaintiff's Motion for Preliminary Injunction [DE 15], Plaintiff's Motion to Set Aside TRO of April 26, 2007 [DE 20], and Plaintiff's Motion to Stay Proceedings [DE 21], on which the Court heard oral arguments May 4, 2007, in Lansing, Michigan. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that

- Defendant's motion for preliminary injunction [DE 13] is DENIED,
- Plaintiff's motion for preliminary injunction [DE 15] is DENIED,
- Plaintiff's motion to set aside the TRO [DE 20] is GRANTED, and
- Plaintiff's motion to stay proceedings [DE 21] is DENIED, but the requested alternative relief of a 21-day extension to answer Defendants' counterclaim is GRANTED.

SO ORDERED.


                    S/ARTHUR J. TARNOW
                    Arthur J. Tarnow
                    United States District Judge

Dated: May 8, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2007, by electronic and/or ordinary mail.

                    S/THERESA E. TAYLOR
                    Case Manager